

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.V., a child,

\* From the 90th District Court
of Stephens County,
Trial Court No. CV32227.

No. 11-20-00234-CV

\* March 31, 2021

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order insofar as it terminated the parental rights of A.V.'s mother and father, and we remand this cause to the trial court for further proceedings. This court's ruling does not alter the trial court's appointment of the Department of Family and Protective Services as A.V.'s managing conservator. Furthermore, any proceeding on remand must be commenced within 180 days of this court's mandate.